UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOHN A. BOATFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-CV-027-RLJ-CHS ) |
| TONY PARKER, *et al.*, | ) ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the accompanying Memorandum and Order, this pro se state prisoner's action under 42 U.S.C. § 1983, the ADA, the RA, and RLUIPA is **DISMISSED** as untimely and for failure to state a claim. 28 U.S.C. §§ 1915(e)(2) and 1915A. The Court has **CERTIFIED** that any appeal from this action would not be taken in good faith, *see* Fed. R. App. P. 24(a)(3), and has concluded that the dismissal of this case for failure to state a claim will count as a strike under the 3-strikes rule in 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
   s/ John Medearis
   CLERK OF COURT